United States District Court
Eastern District of New York

| | |
|---|---|
| Ms. Dorsey,<br><br>   Plaintiff,<br><br>- against -<br><br>Safe Space NYC, Inc.,<br><br>   Defendant. | No. 04 cv 4225 (FB) (KAM)<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ JUL 0 6 2005 ★<br><br>P.M. _____<br>TIME A.M. _____ |

## STIPULATION OF DISMISSAL

The above-captioned action having been resolved amicably between the parties,

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action be

DISMISSED WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY.

ANDERSON KILL & OLICK, PC.

By: _____

Sloan J. Zarkin, Esq. (SZ-5719)
1251 Avenue of the Americas
New York, New York 10020
212-278-1000

Attorneys for Defendant

By: _____

David Abrams (DA-8126)
305 Broadway, 9th Floor
New York, NY 10007
212-897-5821

_____
SO ORDERED   7/6/05